AO 470 (Rev. 01/09) Order Scheduling a Detention Hearing

# UNITED STATES DISTRICT COURT
## for the
___***___ District of ___NEVADA___

United States of America            )
              v.                    )   Case No.  3:10-CR-0089-RCJ-VPC
                                    )
___RAFAEL ARIAS___                  )
       *Defendant*                  )

## ORDER SCHEDULING A DETENTION HEARING

A detention hearing in this case is scheduled as follows:

| Place: | United States District Court<br>400 South Virginia Street<br>Reno, NV 89501<br>Before the Honorable Valerie P. Cooke | Courtroom No.: | One |
|---|---|---|---|
| | | Date and Time: | To Be Determined |

**IT IS ORDERED:** Pending the hearing, the defendant is to be detained in the custody of the United States marshal or any other authorized officer. The custodian must bring the defendant to the hearing at the time, date, and place set forth above.

Date:   Aug 27, 2010

*Judge's signature*

Robert A. McQuaid, Jr., U.S. Magistrate Judge
*Printed name and title*