RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
KATE BERRY
Assistant Federal Public Defender
Nevada State Bar No. 14346
200 S. Virginia Street, Ste 340
Reno, Nevada 89501
(775) 321-8451/Phone
(702) 388-6261/Fax
Kate_Berry@fd.org

Attorney for RAFAEL ARIAS

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br> v.<br><br>RAFAEL ARIAS,<br><br>    Defendant. | Case No. 3:10-cr-00089-HDM-CLB<br><br>**ORDER GRANTING STIPULATION TO CONTINUE REVOCATION OF SUPERVISED RELEASE HEARING**<br>**(FIRST REQUEST)** |

  IT IS HEREBY STIPULATED AND AGREED by and through Federal Public Defender RENE L. VALLADARES, Assistant Federal Public Defender KATE BERRY, counsel for RAFAEL ARIAS and Acting United States Attorney SIGAL CHATTAH, Assistant United States Attorney ANDOLYN JOHNSON, counsel for the UNITED STATES OF AMERICA, that the Revocation of Supervised Release Hearing set for November 5, 2025, at 11:00 AM, be vacated and continued to December 3, 2025, at 11:30 AM.

  This Stipulation is entered into for the following reasons:

1.  Undersigned counsel request that this matter be continued to allow the parties to continue negotiations toward a resolution of this matter.

2. Failure to grant this extension of time would deprive the defendant continuity of counsel and the effective assistance of counsel.

3. The defendant is detained and consents to the continuance.

4. The parties agree to the continuance.

5. This is the first request for a continuance.

DATED this 28th day of October, 2025.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | SIGAL CHATTAH<br>Acting United States Attorney |
| By /s/ Kate Berry<br>KATE BERRY<br>Assistant Federal Public Defender<br>Counsel for RAFAEL ARIAS | By /s/ Andolyn Johnson<br>ANDOLYN JOHNSON<br>Assistant United States Attorney<br>Counsel for the Government |

**ORDER**

Based on the Stipulation of counsel, and good cause appearing,

**IT IS THEREFORE ORDERED** that the Revocation Hearing currently set for November 5, 2025, at 11:00 AM, be vacated and continued to December 3, 2025, at 11:30 AM in Reno Courtroom 4 before District Judge Howard D. McKibben. **IT IS SO ORDERED.**

DATED this 28th day of October, 2025.

_____
UNITED STATES DISTRICT JUDGE